## LUHRIG COAL CO. v. WILLIAM MONTGOMERY.

ERROR PROCEEDINGS PREMATURE BEFORE JUDGMENT AS TO DAMAGES.

> While judgment as to damages claimed, dependent on the report of a referee, remains to be rendered, all the issues of a cause are not disposed of, and proceedings in error are premature.

[Syllabus approved by the court.]

ERROR to Hamilton circuit court.

**Burch & Johnson,** for plaintiff in error.
**M. F. Galvin,** for defendant in error.

## BY THE COURT.

We are of opinion that the proceedings in error instituted herein are premature.

The main case is not disposed of, and there yet remains to be rendered, dependent on the report of the referee, judgment as to damages claimed. Manifestly, there cannot be two judgments in the case below. In other words, all the issues before the court are not yet disposed of. In the absence, therefore, of any special provision of the statutes, warranting this proceeding in error at this time, we must hold that the proceedings below are not properly reviewable, and will not be until there is a final judgment on the ultimate rights of the parties.

For the proposition generally, see: Kinkead, Practice Secs. 944, 946, 947, and cases cited; *Longworth* v. *Mullaly,* 12 Dec. Re. 366 (2 Han. 132); Elliott App. Jurisd. & Proc. Secs. 82, 85, 91; 1 Black, Judgments Secs. 21, 24, 25.

Without expressing any opinion as to the alleged errors of the court below, we remand the cause for further proceedings.